AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00312 |
| Robert Schornak (AKA: Bobby Schornak) | ) Assigned To : Meriweather, Robin M. |
| xx/xx/xxxx | ) Assign. Date : 3/16/2021 |
| Daniel Herendeen | ) Description: Complaint w/ Arrest Warrant |
| xx/xx/xxxx | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 6, 2021  in the county of _____ in the _____ in the District of  Columbia , the defendant(s) violated:

Code Section                                    Offense Description

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;

18 U.S.C. § 2 - Aiding and Abetting;

18 U.S.C. § 1752(a)(1), (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;

40 U.S.C. § 5104(e)(2)(D), (G) - Violent Entry and Disorderly Conduct on Capitol Grounds;

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Nathan R. Steele, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  03/16/2021

*Judge's signature*

City and state:  Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*